# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BEAR STERNS ASSET BACKED
SECURITIES I TRUST 2006-IM1, ASSET
BACKED CERTIFICATES, SERIES 2006-
IM1, U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE,

              Respondents

          v.

JOSEPH C. LIKENS AND PATRICIA L.
LIKENS,

              Petitioners

: No. 117 WAL 2019
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.